52 A.3d 1213

Rhondell BROWN, Petitioner

v.

Vicky BROWN, Phs, Regional Eye Associates, Mary Reese, David McClure, MD, John McAnany, John Doe/Barry Rull, MD, Byunghok Jin, MD, Leone Moore Phs, Respondents.

Supreme Court of Pennsylvania.

Sept. 11, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of September, 2012, the Application for Stay and the Petition for Allowance of Appeal are **DENIED.**